JS-6

1  MICHAEL L. TRACY, ESQ., SBN 237779
2  MTRACY@MICHAELTRACYLAW.COM
   MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  MHUTCHINS@MICHAELTRACYLAW.COM
4  LAW OFFICES OF MICHAEL TRACY
   2030 Main Street, Suite 1300
5  Irvine, CA  92614
   T: (949) 260-9171
6  F: (866) 365-3051
7
8  Attorneys for Plaintiff THOMAS WALINSKI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| THOMAS WALINSKI, an individual | Case No.: CV10-2768-CAS(JCGx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THOMPSON INDUSTRIES, LTD., A CALIFORNIA CORPORATION; ADB INDUSTRIES, A CALIFORNIA CORPORATION;  KEVIN ROWAN, AN INDIVIDUAL; and DOES 1 through 10, inclusive, | Complaint Filed:  December 1, 2010
Trial:  July 19, 2011 |
| Defendants. | |

   The Court hereby enters judgment in favor of Plaintiff THOMAS WALINSKI against Defendant THOMPSON INDUSTRIES, LTD.  in the amount of $95,000.00, inclusive of all damages, costs and fees now accrued.

///

///

1  Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) all
2  claims against Defendants ADB INDUSTRIES and KEVIN ROWAN are dismissed
3  with prejudice and the matter is closed.

6  Dated: March 29, 2011        *Christina A. Snyder*
7                                US DISTRICT JUDGE CHRISTINA A. SNYDER

-2-